# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMANDIO FERREIRA DIAS,** | : | No. 3:17cv1812 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Cohn) |
| **ANDREW M. SAUL,** | : | |
| **Commissioner of Social** | : | |
| **Security**, | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 30th day of September 2019, it is hereby **ORDERED** as follows:

1. The plaintiff's objections are **SUSTAINED** with respect to the analysis of his left-hand impairment, and consideration of any resulting limitations, but **DENIED** in all other respects;

2. Magistrate Judge Gerald B. Cohn's report and recommendation, which proposes dismissing plaintiff's Social Security appeal and affirming the Commissioner's denial of benefits in this case, is **NOT ADOPTED** with respect to the evaluation of plaintiff's left-hand impairment at Step 2, and the resulting Residual Functional Capcity assessment and hypothetical question formulation, but **ADOPTED** in all other respects;

3. The Commissioner's final decision denying plaintiff's application for benefits is **VACATED**;

4. The Clerk of Court is directed to enter judgment in favor of the plaintiff and against the defendant;

5. The Clerk of Court is further directed to remand this case to the Commissioner of Social Security for further proceedings, in accordance with the court's accompanying memorandum; and

6. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

<u>s/ James M. Munley</u>
**JUDGE JAMES M. MUNLEY**
**United States District Judge**